UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| LARRY COFFMAN, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:05CV00485 ERW |
| ALAN BLAKE, et al., | ) |
| Defendants. | ) |

## ORDER OF PARTIAL DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that, as to defendants Patricia Weaver, Mary Beath Ashland, and "Unknown Persons," plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

So Ordered this 8th Day of July, 2005.

_____
E. RICHARD WEBBER
UNITED STATES DISTRICT JUDGE